UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 3:26-mj-1008-MCR

JENNIFER SUSAN CRUZ
_____/

Defense Atty.: WAFFA HANANIA
AUSA: ARNOLD B. CORSMEIER

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | January 20, 2026<br>2:04 PM – 2:11 PM<br>7 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | REPORTER | Digital |
| INTERPRETER | None | PRETRIAL | Benjamin Felder |

**CLERK'S MINUTES**

**PROCEEDINGS:    INITIAL APPEARANCE**

The defendant was arrested by HSI on January 16, 2026, on a Complaint out of the Middle District of Florida.

The Court requested the presence of counsel for possible appointment.

The defendant advised that her family was retaining Alan Ceballos, Esq., for legal representation.

Judge Richardson advised the defendant of her rights and requested that Mr. Corsmeier inform her of the charge, penalties, and special assessment.

Mr. Corsmeier moved for detention and a continuance of the detention hearing.

- 2 -

Judge Richardson temporarily appointed the Federal Public Defender's Office to represent the defendant and set the matter for **a** Status of Counsel Hearing and Detention Hearing on January 22, 2026, at 1:00 p.m.