UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA JACKSONVILLE
DIVISION

CASE NO: 3:26-mj-01008-MCR

UNITED STATES OF AMERICA

v.

JENNIFER SUSAN CRUZ
_____/

## NOTICE OF LIMITED APPEARANCE

COMES NOW undersigned counsel, M. Alan Ceballos, who respectfully files this Notice of Limited Appearance on behalf of Defendant, Jennifer Susan Cruz, for representation during the detention hearing proceedings and preliminary hearing proceedings, in the above captioned case.

Respectfully submitted,

**LAW OFFICES OF M. ALAN CEBALLOS**

/s/ M. Alan Ceballos
_____
M. ALAN CEBALLOS
Florida Bar Number: 353248
200 E. Forsyth Street
Jacksonville, FL 32202
Telephone: (904) 854-4400
mac@alanceballoslaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing to Assistant U.S. Attorney, Arnold B. Corsmeier, Esquire, chip.corsmeier@usdoj.gov, and Federal Public Defender, Waffa Hanania, Esquire, Waffa_Hanania@fd.org this 21st day of January, 2026.

/s/ M. Alan Ceballos
_____
M. Alan Ceballos